**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE FIGUEROA, on behalf of himself and all
others similarly situated,

                    Plaintiffs,

              -against-

TURNKEY VACATION RENTALS, INC.
                 Defendant.

Case No.  1:19-cv-03166-JGK
**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs,

or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
          June 4, 2019

                    Respectfully submitted,

                    */s/ Joseph H. Mizrahi*
                    Cohen & Mizrahi LLP
                    *Attorneys for Plaintiff*